UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 11, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.   21-MJ-693 |
| | : | |
| MUSSAY REZEINE, | : | VIOLATIONS: |
| also known as "Musa Rezene," | : | 18 U.S.C. § 922(g)(1) |
| also known as "Moses," | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| Defendant. | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Marijuana) |
| | : | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Heroin) |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying and Possessing a |
| | : | Firearm during a Drug Trafficking |
| | : | Offense) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p), |
| | : | and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about October 2, 2021, within the District of Columbia, **MUSSAY REZEINE, also known as "Musa Rezene", also known as "Moses,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for

the District of Columbia, Criminal Case No. 2015-CF2-011231, did unlawfully and knowingly receive and possess a privately made firearm, that is, a handgun composed of a Glock 31 .357 SIG caliber slide, paired with a Polymer 80 PF940V2 frame, and did unlawfully and knowingly receive and possess ammunition, that is, .357 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about January 19, 2022, within the District of Columbia, **MUSSAY REZEINE, also known as "Musa Rezene", also known as "Moses,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2015-CF2-011231, did unlawfully and knowingly receive and possess a firearm, that is, a Ruger Five Seven 5.7 x 28 mm semiautomatic pistol bearing serial number 641-13863, and did unlawfully and knowingly receive and possess ammunition, that is, 5.7 x 28 mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about January 19, 2022, within the District of Columbia, **MUSSAY REZEINE, also known as "Musa Rezene", also known as "Moses,"** did unlawfully, knowingly, and intentionally

possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Possession with Intent to Distribute Marijuana,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT FOUR

On or about January 19, 2022, within the District of Columbia, **MUSSAY REZEINE, also known as "Musa Rezene", also known as "Moses,"** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FIVE

On or about January 19, 2022, within the District of Columbia, **MUSSAY REZEINE, also known as "Musa Rezene", also known as "Moses,"** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts Three and Four of this Indictment which is incorporated herein, a firearm, that is, a Ruger Five Seven 5.7 x 28 mm semiautomatic pistol bearing serial number 641-13863.

**(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts One through Five of this Indictment, the defendant shall forfeit to the United States, pursuant to 18, United Sates Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition

involved in or used in the knowing commission of the offense, including but not limited to a handgun composed of a Glock 31 .357 SIG caliber slide, paired with a Polymer 80 PF940V2 frame, and a , a Ruger Five Seven 5.7 x 28 mm semiautomatic pistol, bearing serial number 641-13863, and 5.7 x 28 mm ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves / [initials]*

Attorney of the United States in
and for the District of Columbia